## JAMES MAY *versus* JOHN W. BURNETT, EXECUTOR, ETC., OF WILLIAM BURNETT, DECEASED

JOURNAL ENTRIES (1815–23): *Journal 2:* (1) Continued *p. 473; (2) discharge from bail *p. 485; (3) appearance, leave to amend writ *p. 504; (4) continued *p. 510; (5) rule to plead *p. 531; (6) rule to plead *p. 586

(7) rule enlarged \*p. 590; (8) oyer of writ and declaration granted \*p. 594; (9) replication filed, issue, postponement \*p. 597; (10) continued \*p. 602; (11) appearance \*p. 662; (12) continued \*p 672. *Journal 3:* (13) Jury trial, verdict \*p. 59; (14) new trial ordered \*p. 60; (15) motion for judgment overruled \*p. 163; (16) motion for writ of error coram nobis \*p. 163; (17) attendance of witness proved \*p. 231; (18) death of defendant suggested \*p. 274; (19) continued \*p. 338; (20) abated \*p. 390.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) affidavit for continuance; (5) commission to take depositions; (6) deposition of J. Bt. Chandonnai; (7) notice of taking deposition; (8) deposition of Jeanbatiste Bourassa; (9–13) subpoenas; (14) warrant of attorney to J. L. Leib; (15) plea; (16) replication; (17) deposition of Thomas S. Jones; (18) deposition of John Batiste Barrieux; (19) deposition of Joseph Bailly; (20) verdict; (21) precipe for subpoena; (22) subpoena; (23) affidavit of J. L. Leib; (24) statement of sheriff's fees.

*Office Docket,* MS p. 14, c. 23; p. 37, c. 19.